IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD J. HOLLEMAN, #297567, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:07-CV-1825-P |
| | ) | ECF |
| NATHANIEL QUARTERMAN, Director, | ) | |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and DENIES as moot Petitioner's motion for an evidentiary hearing, submitted along with his Rule 60(b) motion.

SO ORDERED this 19th day of December 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE